## POPE FEED STORE v. LUCAS.

No. 5295.   Opinion Filed September 21, 1915.

(151 Pac. 1074.)

**APPEAL AND ERROR—Case-Made—Service—Time.** A case-made not served within the time fixed by an order of court is a nullity, and cannot be considered by the Supreme Court on appeal.

(Syllabus by Dudley, C.)

*Error from County Court, Sequoyah County;*
*J. G. McCombs, Judge.*

Action by the Pope Feed Store against J. S. Lucas. Judgment for defendant, and plaintiff brings error. Dismissed.

*J. H. Jarman,* for plaintiff in error.

*Frye & Frye,* for defendant in error.

Opinion by DUDLEY, C. The defendant in error has filed a motion to dismiss this proceeding in error for the reason, among others, that the purported case-made was not served within the time fixed by the trial court. An examination of the record discloses a final judgment was rendered on March 20, 1913, and plaintiff given 60

days within which to prepare and serve case-made. The case-made was served on May 20, 1913. The time expired on May 19th. It follows that the case-made was not served within the time. This being true, it is a nullity, and cannot be considered by the court.

The cause should therefore be dismissed. *Hughes v. Martin,* 43 Okla. 710, 144 Pac. 356.

By the Court: It is so ordered.